UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:24-cr-408-CCC |
| v. | : | |
| VICTOR ANTHONY VALDEZ | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Alison Thompson, Assistant United States Attorney (alison.thompson@usdoj.gov), is appearing for the United States in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

*/s/ Alison Thompson*
By: Alison Thompson
Assistant U.S. Attorney

Dated: August 27, 2024